**Order entered October 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00685-CV

**ASSOCIATED AIR CENTER LP, ET AL, Appellant**

**V.**

**TARY NETWORK, LTD, ET AL, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-01620**

## ORDER

The Court has reviewed the sealed clerk's record in this case. The district clerk has sealed the entire record. Upon review of the record, it appears that the trial court ordered sealed only three exhibits to motions, specifically exhibits "C" and "D" to Plaintiff's Motion to Set Certain of Defendant's Corporate Representative Topics for Hearing and Motion to Compel and exhibit "E" to Plaintiff's Reply to Defendant's Response to Plaintiff's No Evidence Motion for Summary Judgment. The trial court did not direct the district clerk to seal the entire record.

Accordingly, the Court **ORDERS** Gary Fitzsimmons, District Clerk of Dallas County, to file **within ten (10) days of the date of this order** a corrected clerk's record that files under seal only the three documents the trial court ordered sealed and to file unsealed all remaining items

that the parties have requested or that the rules of appellate procedure require to be included in the clerk's record.

/s/    CAROLYN WRIGHT
           CHIEF JUSTICE